IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHEN LAKEITH JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-37 (HL-TQL) |
| | * |
| Judge TOMLINSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of May, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk